IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

ANTHONY BRYANT, SR.              )        Civil Action No. 5:15-04066-RBH
                                 )
              Plaintiff,         )
                                 )
        v.                       )
                                 )
CAROLYN COLVIN                   )
Acting Commissioner of           )
Social Security                  )
                                 )
              Defendant.         )

ORDER

Upon consideration of the Defendant's Motion to Remand, it is hereby

ORDERED that the Defendant's Motion to Remand is granted.  Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for further proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND of the cause to the Commissioner of further administrative proceedings. [1]

**AND IT IS SO ORDERED.**

October 17, 2016                          s/ R. Bryan Harwell
Florence, South Carolina                  R. Bryan Harwell
                                          United States District Judge

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.